# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DULCE M. SHERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST CORPORATION, a Delaware Corporation;<br><br>    Defendant. | 8:16CV548<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 35. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal with Prejudice, ECF No. 35, is approved;
2. The above-captioned action is dismissed, with prejudice;
3. Any pending motions are terminated; and
4. The Court will not assess costs or attorney's fees.

Dated this 23rd day of February, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge